UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANGO MARINE S.A.,

    Plaintiff,

v.                                                    Case No.: 8:17-cv-1521-T-27AAS

VIRTIQAL AG, et al.,

    Defendant and Garnishees.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion for Appointment for Service of Writ of Maritime Attachment and Garnishment (Doc. 2). Plaintiff moves for an order appointing Marios J. Monopolis, or any other qualified person appointed by him, to serve process of maritime attachment and garnishment, and any supplemental process in this matter, on all Garnishees.

After due consideration, it is **ORDERED** that Plaintiff's Motion (Doc. 2) is **GRANTED.** Marios J. Monopolis, or any other person at least 18 years of age and not a party to this action, is appointed to serve process of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint (Doc. 1), on all Garnishees in this matter.

**DONE AND ORDERED** in Tampa, Florida on this 27th day of June, 2017.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge